**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 5:26-CR-00314 |
| | ) | |
| Plaintiff, | ) | JUDGE CHARLES E. FLEMING |
| | ) | |
| vs. | ) | MAGISTRATE JUDGE JENNIFER |
| | ) | DOWDELL ARMSTRONG |
| MICHAEL ROGERS, | ) | |
| | ) | **ORDER ACCEPTING/ENTERING** |
| Defendant. | ) | **PLEA OF GUILTY AND REFERRING** |
| | ) | **THE MATTER FOR PREPARATION** |
| | ) | **OF A PRESENTENCE REPORT** |

Before the Court is the Report and Recommendation ("R&R") filed by United States Magistrate Judge Jennifer Dowdell Armstrong recommending that the Court accept Defendant's guilty plea and enter a finding of guilty. (ECF No. 14). This matter was previously referred to the Magistrate Judge to accept Defendant's plea of guilty, conduct the colloquy prescribed by Fed. R. Crim. P. 11, cause a verbatim record of the proceedings to be prepared, refer the matter for preparation of a presentence report, and submit an R&R stating whether the plea should be accepted and a finding of guilty entered. (ECF No. 4).

On June 23, 2025, the government filed a two-count Information alleging that Defendant engaged in computer fraud, in violation of 18 U.S.C. §§ 1030(a)(2) and (c)(3)(A); and destroyed records in a federal investigation, in violation of 18 U.S.C. § 1519. (ECF No. 3). Defendant waived his right to prosecution by indictment and consented to prosecution by information on August 5, 2026. (ECF No. 9).

On the latter date, Magistrate Judge Armstrong held an arraignment and plea hearing, during which the Defendant entered a plea of guilty to the Information. (Minutes of proceedings [non-document] dated 8/5/2026). The same day, Magistrate Judge Armstrong issued an R&R

recommending that the Court accept Defendant's guilty plea and enter a finding of guilty. (ECF No. 14). Any objections to the R&R were due on August 19, 2026. (*Id*. at PageID #44). Neither party has objected to the R&R.

On review of the record, including the written transcript, the Court adopts the R&R. Defendant is found to be competent to enter a plea and to understand his constitutional rights. He is aware of the charges and of the consequences of entering a guilty plea. He is also aware of the trial rights he waives/gives up by pleading guilty. There is an adequate factual basis for the plea. Defendant denied that any threats were made to get him to enter the plea and confirmed that no promises had been made to him, other than those contained in the plea agreement. The Court finds the plea was entered knowingly, intelligently, and voluntarily. The plea is accepted.

Therefore, Defendant is adjudged guilty of Counts 1 and 2 of the Information. This matter is hereby referred to the U.S. Probation Office for the preparation of a presentence report. Sentencing is set for November 16, 2026, at 10:00 AM.

**IT IS SO ORDERED.**

**Date: September 23, 2026**

Charles Fleming

**CHARLES E. FLEMING**
**UNITED STATES DISTRICT JUDGE**